NORTON, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Ralph C. Norton against the Brooklyn Heights Railroad Company.
PER CURIAM. Judgment of the Municipal Court reversed on argument, and new trial ordered, costs to abide the event, for error in the charge to the jury to the effect that the plaintiff must prove his case beyond any doubt.

NUGENT, Appellant, v. WILSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by James F. Nugent against Richard Wilson and Alexander G. Irvine, comprising the firm of Wilson & Irvine.
PER CURIAM. Order amended on argument, by striking out the second, third, and fourth specifications, and, as amended, affirmed, without costs.

O'BRIEN v. BUFFALO FURNACE CO. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Elizabeth O'Brien, as administratrix, etc., against the Buffalo Furnace Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

ODELL et al. v. BRETNEY et al. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Stephen C. Odell and another against Charles W. Bretney and another. No opinion. Motion denied. See memorandum.

OEHME v. SHOTLAND. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by Julius Oehme against Paul Shotland. No opinion. Motion denied.

PACHE v. OPPENHEIMER. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Charles Pache against Bertha Oppenheimer. No opinion. Motion denied.

PALMETER, Appellant, v. BEADLESTON, Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Charles F. Palmeter against Alfred H. Beadleston. J. J. Crawford, for appellant. S. Untermyer, for respondent. No opinion. Judgment and order affirmed, with costs.

PARRAIN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Jules F. Parrain against the Metropolitan Street Railway Company. C. F.

Brown, for appellant. O. Horwitz, for respondent. No opinion. Judgment and order affirmed, with costs.

PATTERSON et al., Respondents, v. BABCOCK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by William M. Patterson and another against Sherrill Babcock. No opinion. Order affirmed, with $10 costs and disbursements.

PAUL et al., Respondents, v. LONG ISLAND REAL ESTATE EXCH. & INV. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by John Paul and Margarretta Paul against the Long Island Real Estate Exchange & Investment Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

PAWLING, Appellant, v. MARVIN, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Action by John R. Pawling against Susie Marvin, impleaded, etc.
PER CURIAM. Judgment affirmed, with costs.
McLENNAN, P. J., and WILLIAMS, J., dissent.

PEOPLE, Respondent, v. BENNETT, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Proceeding by the people of the state of New York against Walter Bennett. C. E. Le Barbier, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE v. BLOOM. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Proceeding by the people of the state of New York against William Bloom. No opinion. Motion granted.

PEOPLE, Respondent, v. BURSLEM, Appellant. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Proceeding by the people of the state of New York against Godolphin F. Burslem. H. J. McCormick, for appellant. R. C. Taylor, for respondent. No opinion. Judgment and order affirmed.

PEOPLE, Appellant, v. CALABUR, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Proceeding by the people of the state of New York against Domenico Calabur. No opinion. Motion denied.

PEOPLE, Respondent, v. CALZARETTA, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Proceeding by the people of the state of New York against Joseph Calzaretta.
PER CURIAM. Judgment of conviction affirmed, and sentence modified, under section 764 of the Code of Criminal Procedure, by reducing the term of imprisonment to the period of three months.